UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. MELILLO | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:03 CV 00186 (RNC) |
| | : | |
| V. | : | FELA HEARING LOSS CASE - MAY BE |
| | : | FILED IN NEW HAVEN AS ORDERED BY |
| METRO-NORTH RAILROAD COMPANY | : | MAGISTRATE JUDGE MARGOLIS |
| | : | |
| Defendant. | : | |
| | | December 1, 2004 |

**MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The undersigned defendant, Metro North Railroad Company, with the consent and agreement of the plaintiff, hereby moves this court for an extension of time of certain remaining scheduling order deadlines for the third and fourth groups of hearing loss cases, as contained in this Court's Memorandum of Status Conference dated July 17, 2003.

Specifically, the defendant seeks to (1) extend the deadline for completing all fact discovery for two months, up to and including February 15, 2005; (2) extend the deadline for disclosing the plaintiff's expert report(s) two months, up to and including March 15, 2005; (3) extend the deadline for deposing the plaintiff's expert(s) two months, up to and including April 15, 2005; (4) extend the deadline for disclosing defendant's expert report(s) two months, up to and including April 15, 2005; and (5) extend the deadline for deposing the defendant's expert(s) two months, up to and including May 15, 2005.

The defendant submits that this is the second extension of time sought with respect to the scheduling deadlines in the third and fourth groups. The defendant states that a good faith basis exists for the granting of this motion, as the parties have been actively completing the necessary outstanding discovery needed to move these cases forward, but require additional time to schedule depositions of certain plaintiffs. Further, the undersigned counsel for the plaintiff is leaving the firm of Ryan, Ryan, Johnson & Deluca, and submits that the additional time requested will serve to bring successor counsel up to speed on these cases.

Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

Respectfully submitted,

THE DEFENDANT,
METRO-NORTH RAILROAD COMPANY

By:_____
      Anthony D. Sutton, Esq., (CT 20607)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2004, a copy of the above was mailed to the

following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, John J. Melillo

_____
Anthony D. Sutton, Esq.

I:\Procases\205 174\extend deadlines wpd
205 174