IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
                                                            :
JOHN P. GEARY                              :     3:02 CV 1679 (WWE)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.       :     DATE: DEC. 7, 2004
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
MICHAEL BETTINI                            :     3:02 CV 2030 (RNC)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.       :     DATE: DEC. 7, 2004
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
RICHARD F. FANNING                        :     3:02 CV 2034 (WWE)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.       :     DATE: DEC. 7, 2004
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
THOMAS FARLEY                             :     3:02 CV 2035 (WWE)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.       :     DATE: DEC. 7, 2004
                                                            :
------------------------------------------------------------x

```
-----------------------------------------------------------x
                                                           :
COLOGERO G. FARRUGGIO                                       :        3:02 CV 2036 (CFD)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: DEC. 7, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS INFANTINO                                            :        3:02 CV 2038 (WWE)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: DEC. 7, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ANTONIO SARTORI                                            :        3:02 CV 2039 (PCD)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: DEC. 7, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS BYRNE, SR.                                          :        3:03 CV 182 (CFD)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: DEC. 7, 2004
                                                           :
-----------------------------------------------------------x
```

```
-------------------------------------------------------x
                                                       :
FRANK A. DiLORENZO                                     :    3:03 CV 183 (AWT)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: DEC. 7, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
DENNIS INCONSTANTI                                     :    3:03 CV 184 (JCH)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: DEC. 7, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
JOHN J. MELILLO                                        :    3:03 CV 186 (RNC)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO.                               :    DATE: DEC. 7, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
PEDRO S. RODRIGUEZ                                     :    3:03 CV 188 (JBA)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: DEC. 7, 2004
                                                       :
-------------------------------------------------------x
```

3

```
-----------------------------------------------------------x
                                           :
RICHARD STARR                              :    3:03 CV 189 (RNC)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: DEC. 7, 2004
                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                           :
ROBERT F. WRIGHT                           :    3:03 CV 191 (RNC)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: DEC. 7, 2004
                                           :
-----------------------------------------------------------x
```

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, Geary, 3:02 CV 1679 (WWE), Dkt. #65; Bettini, 3:02 CV 2030 (RNC), Dkt. #54; Fanning, 3:02 CV 2034 (SRU), Dkt. #49; Farley, 3:02 CV 2035 (WWE), Dkt. #49; Farruggio, 3:02 CV 2036 (CFD), Dkt. #54; Infantino, 3:02 CV 2038 (WWE), Dkt. #52; Sartori, 3:02 CV 2039 (PCD), Dkt. #53; Byrne, 3:03 CV 182 (CFD), Dkt. #42; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #44; Inconstanti, 3:03 CV 184 (MRK), Dkt. #50; Melillo, 3:03 CV 186 (RNC), Dkt. #25; Rodriguez, 3:03 CV 188 (JBA), Dkt. #50; Starr, 3:03 CV 189 (RNC), Dkt. #45; Wright, 3:03 CV 191 (RNC), Dkt. #51, are granted by agreement as follows:

All fact discovery shall be completed **on or before February 15, 2005**; plaintiff's expert report(s) shall be disclosed **on or before March 15, 2005**; plaintiff's expert(s) shall be deposed **on or before April 15, 2005**; defendant's expert report(s) shall be disclosed **on or before April 15, 2005**; and defendant's expert(s) shall be deposed **on or before May 16, 2005**.

Dated at New Haven, Connecticut, this 7th day of December, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge