UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. MELILLO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:03 CV 00186 (RNC) |
| | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| | : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| Defendant. | : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| | | <u>MAGISTRATE JUDGE MARGOLIS</u> |

JANUARY 19, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated:  January 19, 2005

_____
Susan B. Parzymieso, Esq.  (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2005, a copy of the above was mailed to the following

counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, John J. Melillo

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.174\appearsbp.wpd
205.174

- 2 -